**08 CRIM 318**

REQUEST FOR COURT ACTION / DIRECTION

| | |
|---|---|
| TO: James Molinelli<br>Clerk's Office-5th Floor | OFFENSE: <u>CONSPIRACY TO IMPORT MDMA (ECSTACY) 20USC 963</u> |
| | ORIGINAL SENTENCE: <u>Eighteen (18) months imprisonment followed by a Three (3) year term of Supervised Release.</u> |
| FROM: Paula Dunn<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS: <u>The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer; The Defendant shall participate in a program of Mental Health treatment as approved by the Probation Officer; Defendant shall continue truthful cooperation with the Government; $100 Special Assessment.</u> |



RE:       <u>LOPEZ, Adrian</u>
          Docket # <u>2:04CR00057-02</u>

DATE OF SENTENCE:   <u>August 11, 2004</u>

DATE:   April 07, 2008

ATTACHMENTS:   PSI <u>X</u>   JUDGMENT <u>X</u>
REQUEST FOR:   COURT DIRECTION <u> X </u>

---

### Request for Acceptance of Jurisdiction

On August 11, 2004, the above-mentioned individual was sentenced as outlined above in the Eastern District of Pennsylvania, by the Honorable Jan E. DuBois, U.S. District Judge.

On April 4, 2008, we received a letter from the Eastern District of Pennsylvania, advising that the Honorable Jan E. DuBois, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Lopez's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                        Respectfully submitted,

                        Chris J. Stanton
                        Chief U.S. Probation Officer

By:    _____
        Paula Dunn
        Sr. U.S. Probation Officer
        212-805-5080

Approved By: _____  4/7/08
                Avriel G. George        Date:
                Supervising U.S. Probation Officer