USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 22 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

**Petition for Summons
with Attached Request for
Court Action Direction Detailing Probable Cause**

MEMO ENDORSED

| | |
|---|---|
| Offender: Lopez, Adrian | Docket Number: 08 CR 318 (PAC) |

Sentencing Judge: Honorable Paul A. Crotty, U.S. District Judge

Date of Original Sentence:   August 11, 2004

Original Offense:   Conspiracy to Import MDMA (Ecstasy), 20 U.S.C. 963

Original Sentence:   Imprisonment for a term of eighteen (18) months followed by a term of supervised release for a term of three (3) years.

Type of Supervision:   Supervised Release      Date Supervision Commenced:   December 27, 2005

---

**PETITIONING THE COURT TO ISSUE A SUMMONS**

The offender has not complied with the following condition(s) of supervision:

Nature of Noncompliance

1  ON OR ABOUT JUNE 6, 2008, IN BRONX COUNTY, THE RELEASEE COMMITTED A STATE CRIME, CRIMINAL SALE OF A CONTROLLED SUBSTANCE 3RD DEGREE IN VIOLATION OF NEW YORK STATE PENAL LAW 220.39(1), A CLASS B FELONY. MANDATED CONDITION, GRADE A VIOLATION.

2  ON OR ABOUT JUNE 6, 2008, IN BRONX COUNTY, THE RELEASEE COMMITTED A STATE CRIME, CRIMINAL SALE OF A CONTROLLED SUBSTANCE IN OR NEAR SCHOOL GROUNDS, IN VIOLATION OF NEW YORK STATE PENAL LAW 220.44(2), A CLASS B FELONY. MANDATED CONDITION, GRADE A VIOLATION.

3  ON OR BEFORE JUNE 3, 2008, AND JULY 15, 2008, ON THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, MARIJUANA.
   MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.

(Rev. eVOP 12/06/07)

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

*Paula F. D——*

Paula F. Dunn
Sr. U.S. Probation Officer
212-805-5080

Approved By:

*[signature]* 8/18/08
Avriel G. George   Date
Supervising U.S. Probation Officer

(Rev. eVOP 12/06/07)

Lopez, Adrian
08 CR 318 (PAC)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Summons
   The Offender is directed to appear as follows:

   Date: Wednesday, September 3, 2008
   Time: 2:00 PM
   Place: Courtroom 20-C

[ ] The Issuance of a Warrant
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Other

_____
Signature of Judicial Officer

August 25, 2008
_____
Date

(Rev. eVOP 12/06/07)